No. 04–113. LOULOU v. ASHCROFT, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 04–184. C. M. C. v. G. A. L. ET UX. Sup. Ct. Colo. Certiorari denied.

No. 04–323. GIDDINGS v. NORTHERN TELECOM, INC., ET AL. Ct. App. Colo. Certiorari denied.

No. 04–327. SSA GULF, INC., FKA SSA GULF TERMINALS, INC. v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 04–328. TURNER ET AL. v. COOK ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–329. TALLY ET AL. v. EDMONDSON, ATTORNEY GENERAL OF OKLAHOMA, ET AL. Sup. Ct. Okla. Certiorari denied.

No. 04–345. DONAHUE v. CITY OF BOSTON, MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–347. HERERO PEOPLE'S REPARATION CORP. ET AL. v. DEUTSCHE BANK, A. G., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–349. GASS ET AL. v. ALLEGHENY COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–351. LACY ET AL. v. CSX TRANSPORTATION, INC. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 04–355. JOU v. FIRST INSURANCE COMPANY OF HAWAII, LTD. Sup. Ct. Haw. Certiorari denied.

No. 04–361. CLISSURAS ET AL. v. CITY UNIVERSITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–382. SHAIEB v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–388. WASHBURN v. DEPARTMENT OF JUSTICE ET AL. C. A. 10th Cir. Certiorari denied.